O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN L. GRAMMER, JR.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>LOS ANGELES COUNTY, ET AL.,<br><br>　　　　　　Defendants. | CASE NO. CV 12-02920 GAF (RZ)<br><br>ORDER ACCEPTING FIRST INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the First Interim Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the First Interim Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the First Interim Report.

DATED: January 21, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE