**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN L. GRAMMAR, JR., ) | CASE NO. CV 12-02920 GAF (RZ) |
| Plaintiff, ) | |
| vs. ) | ORDER ACCEPTING SECOND REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| LOS ANGELES COUNTY, ET AL., ) | |
| Defendants. ) | |

The Court has reviewed the file in this matter, and has read and reviewed the Second Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Report.

DATED: April 12, 2014

_____
GARY A. FEESS
SENIOR UNITED STATES DISTRICT JUDGE