O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANKLIN L. GRAMMAR, JR., | ) | CASE NO. CV 12-02920 GAF (RZ) |
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| LOS ANGELES COUNTY, ET AL., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Court's Order Accepting the Second Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: April 12, 2014

*/s/ Gary Feess*

**JS-6**

GARY A. FEESS
SENIOR UNITED STATES DISTRICT JUDGE